# Court of Appeals
# of the State of Georgia

ATLANTA, June 19, 2018

*The Court of Appeals hereby passes the following order:*

## A18D0474.  AUDLEY D. CLARKE et al. v. LNV CORPORATION.

Audley D. Clarke, et al., defendants in the dispossessory proceeding below, seek appellate review of the trial court's order denying their motion to recuse Judge Christopher Edwards from presiding over the case.  The application materials show that the case began in magistrate court and was transferred to superior court.  The defendants filed numerous motions arguing, generally, that the superior court lacked jurisdiction because of a pending case in federal court.  They then filed a petition for mandamus relief against Judge Edwards, asserting that he had failed to issue timely rulings on their motions.  After filing the mandamus action, the defendants moved to disqualify Judge Edwards from presiding over the instant case.  The motion for disqualification was assigned to Judge Scott Ballard, who denied the motion.  Judge Ballard also denied the defendants' request for a certificate of immediate review.  The defendants, nonetheless, filed this application for appellate review.

The application materials indicate that the case remains pending below. Accordingly, the defendants were required to follow the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b), which include obtaining a certificate of immediate review from the trial court, to obtain appellate review at this time.  See *Murphy v. Murphy*, 322 Ga. App. 829, 832 (747 SE2d 21) (2013) (dismissing appeal from denial of motion for recusal because appellant to follow the interlocutory appeal procedures).  Their failure to comply with the interlocutory appeal procedures

deprives us of jurisdiction over this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __06/19/2018_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*